Fill in this information to identify your case:

Debtor 1  **Felix S Candelaria, Jr.**
         First Name    Middle Name    Last Name

Debtor 2  **Sarah Diana Candelaria**
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number    7-18-13232 TA
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................................... $ **951,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ **90,163.19**

   1c. Copy line 63, Total of all property on Schedule A/B.................................................................... $ **1,041,163.19**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*   $ **1,638,331.94**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. $ **15,446.80**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **857,136.75**

   **Your total liabilities**   $ **2,510,915.49**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................... $ **21,704.84**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.............................................................................. $ **20,176.10**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

| Debtor 1 | **Felix S Candelaria, Jr.** |
| --- | --- |
| Debtor 2 | **Sarah Diana Candelaria** |

Case number *(if known)* **7-18-13232 TA**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 15,446.80 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 15,446.80 |

Fill in this information to identify your case and this filing:

Debtor 1  **Felix S Candelaria, Jr.**
          First Name    Middle Name    Last Name

Debtor 2  **Sarah Diana Candelaria**
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  DISTRICT OF NEW MEXICO

Case number  **7-18-13232 TA**

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**5 Leibel Ct.**
Street address, if available, or other description

**Los Lunas**        **NM**    **87031-0000**
City                 State     ZIP Code

**Valencia**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  **$476,000.00**
**Current value of the portion you own?**  **$476,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

■ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

| Debtor 1 | **Felix S Candelaria, Jr.** | Case number *(if known)* **7-18-13232 TA** |
|---|---|---|
| Debtor 2 | **Sarah Diana Candelaria** | |

**1.2 If you own or have more than one, list here:**

**881 Pinzon**
Street address, if available, or other description

**Los Lunas** **NM** **87031-0000**
City / State / ZIP Code

**Valencia**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Leased to a tenant (Jamie Goldberg)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $450,000.00
**Current value of the portion you own?** $450,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint tenant**

■ **Check if this is community property** (see instructions)

---

**1.3 If you own or have more than one, list here:**

Street address, if available, or other description

**San Mateo** **NM**
City / State / ZIP Code

County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**2-6 acres of vacant land (unsurveyed)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $25,000.00
**Current value of the portion you own?** $25,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

■ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**   **$951,000.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

---

**3.1**
Make: **Dodge**
Model: **Ram 1500 pickup truck**
Year: **2013**
Approximate mileage: **70000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$10,000.00**
Current value of the portion you own? **$10,000.00**

---

**3.2**
Make: **Dodge**
Model: **Ram 1500 van**
Year: **2011**
Approximate mileage: **130000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$5,000.00**
Current value of the portion you own? **$5,000.00**

---

**3.3**
Make: **Chevrolet**
Model: **Equinox**
Year: **2011**
Approximate mileage: **80000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$4,500.00**
Current value of the portion you own? **$4,500.00**

---

**3.4**
Make: **Dodge**
Model: **Ram Wagon**
Year: **2000**
Approximate mileage: **130000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$1,000.00**
Current value of the portion you own? **$1,000.00**

---

**3.5**
Make: **Dodge**
Model: **Ram Wagon**
Year: **2001**
Approximate mileage: **130000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$1,000.00**
Current value of the portion you own? **$1,000.00**

Debtor 1 **Felix S Candelaria, Jr.**
Debtor 2 **Sarah Diana Candelaria**                                    Case number *(if known)* **7-18-13232 TA**

| 3.6 | Make: | **Dodge** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|
| | Model: | **Ram Wagon** | ☐ Debtor 1 only | |
| | Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **130000** | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ■ Check if this is community property (see instructions) | $1,000.00 / $1,000.00 |

| 3.7 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|
| | Model: | **Econoline** | ☐ Debtor 1 only | |
| | Year: | **2007** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **130000** | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ■ Check if this is community property (see instructions) | $1,500.00 / $1,500.00 |

| 3.8 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|
| | Model: | **Explorer** | ☐ Debtor 1 only | |
| | Year: | **2006** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **100000** | ■ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ■ Check if this is community property (see instructions) | $1,000.00 / $1,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>**     $25,000.00

**Part 3:   Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| 6. **Household goods and furnishings** *Examples:* Major appliances, furniture, linens, china, kitchenware ☐ No ■ Yes. Describe..... | |
| Furniture | $15,000.00 |
| Housewares | $10,000.00 |
| 7. **Electronics** *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games ☐ No | |

Official Form 106A/B                         Schedule A/B: Property                                    page 4
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Felix S Candelaria, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Sarah Diana Candelaria** | Case number *(if known)* | **7-18-13232 TA** |

■ Yes. Describe.....

| **Appliances** | $6,000.00 |
|---|---|
| **Hearing aids** | $5,000.00 |

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| **Wearing apparel** | $3,000.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| **Miscellaneous jewelry** | $2,000.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ $41,000.00

| Part 4: | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**  **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No

| Debtor 1 | **Felix S Candelaria, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Sarah Diana Candelaria** | Case number *(if known)* | **7-18-13232 TA** |

■ Yes............................................................................................................

|  |  |
|---|---|
| **Cash** | **$100.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

Institution name:

| | 17.1. | **Checking** | **US Bank (account owned by Safe Site Youth Development, Inc., no beneficial interest).** | **Unknown** |
|---|---|---|---|---|
| | 17.2. | **Payroll (checking)** | **US Bank (Account owned by Safe Site Youth Development, Inc., no beneficial interest).** | **Unknown** |
| | 17.3. | **checking** | **US Bank** | **$1,000.00** |
| | 17.4. | **Savings** | **US Bank** | **$100.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them....................

Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Safe Site Youth Development, Inc. (a non profit corporation)** | **100** | % | **$10.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **Primerica** | **$16,627.94** |
| **IRA** | **Primerca** | **$6,325.25** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No

☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                 Beneficiary:                 Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No

| Debtor 1 | **Felix S Candelaria, Jr.** | Case number *(if known)* | **7-18-13232 TA** |
|---|---|---|---|
| Debtor 2 | **Sarah Diana Candelaria** | | |

■ Yes. Describe each claim.........

| Claims against Judith Seligman and Lissa Guzman for embezzlement and conversion. | Unknown |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................... $24,163.19

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | | $951,000.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $25,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $41,000.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $24,163.19 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $90,163.19 | Copy personal property total $90,163.19 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $1,041,163.19 |

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Felix S** First Name | **Candelaria, Jr.** Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Sarah** First Name | **Diana** Middle Name | **Candelaria** Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEW MEXICO**

Case number (if known): **7-18-13232 TA**

☐ Check if this is an amended filing

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Allegro Credit**<br>Creditor's Name<br><br>**PO Box 1207**<br>**San Bruno, CA 94066**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**Hearing aids**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,000.00 | $5,000.00 | $1,000.00 |

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **8/13/18**     Last 4 digits of account number _____

| | | | | |
|---|---|---|---|---|
| **2.2** **Benny Archibeque, Trustee**<br>Creditor's Name<br><br>**Income Properties**<br>**PO Box 50205**<br>**Albuquerque, NM 87181**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**San Mateo, NM**<br>**2-6 acres of vacant land (unsurveyed)**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $81,932.62 | $25,000.00 | $56,932.62 |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Official Form 106D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 6
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy
Case 18-13232-t7    Doc 15    Filed 01/17/19    Entered 01/17/19 15:22:09 Page 11 of 16

| Debtor 1 | **Felix S Candelaria, Jr.** | | | Case number (if known) | **7-18-13232 TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Sarah Diana Candelaria** | | | | |
| | First Name | Middle Name | Last Name | | |

| Date debt was incurred | **10-18** | Last 4 digits of account number | **0081** | | | |
|---|---|---|---|---|---|---|
| **2.3** | **Chrysler Capital**<br>Creditor's Name<br><br>**1601 Elm St.**<br>**Suite 800**<br>**Dallas, TX 75201**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2013 Dodge Ram 1500 pickup truck**<br>**70000 miles**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $13,446.58 | $10,000.00 | $3,446.58 |
| Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>■ Check if this claim relates to a community debt | | Nature of lien. Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | | |

| Date debt was incurred | | Last 4 digits of account number | **0714** | | | |
|---|---|---|---|---|---|---|
| **2.4** | **Citi Mortgage, Inc.**<br>Creditor's Name<br><br>**PO Box 6243**<br>**Sioux Falls, SD**<br>**57117-6243**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**881 Pinzon Los Lunas, NM 87031**<br>**Valencia County**<br>**Leased to a tenant (Jamie Goldberg)**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $39,420.80 | $450,000.00 | $3,893.30 |
| Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>■ Check if this claim relates to a community debt | | Nature of lien. Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | | |

| Date debt was incurred | **10/15/2006** | Last 4 digits of account number | **5418** | | | |
|---|---|---|---|---|---|---|
| **2.5** | **Cowboy Finance, LLC**<br>Creditor's Name<br><br>**1600 Bosque Farms Blvd**<br>**Bosque Farms, NM 87068**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2011 Chevrolet Equinox 80000 miles**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $8,000.00 | $4,500.00 | $3,500.00 |
| Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>■ Check if this claim relates to a community debt | | Nature of lien. Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ | | | | |

| Date debt was incurred | **8/20/2016** | Last 4 digits of account number | | |
|---|---|---|---|---|

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 2 of 6

| Debtor 1 | **Felix S Candelaria, Jr.** | | | Case number (if known) | **7-18-13232 TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Sarah Diana Candelaria** | | | | |
| | First Name | Middle Name | Last Name | | |

### 2.6 Daniel & Rachel Melendez
Creditor's Name

**1210 San Juan Dr.**
**Roswell, NM 88201**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Date debt was incurred** 6/29/2015

**Describe the property that secures the claim:**

**881 Pinzon Los Lunas, NM 87031**
**Valencia County**
**Leased to a tenant (Jamie Goldberg)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** _____

$75,000.00    $450,000.00    $75,000.00

---

### 2.7 Daniel & Rachel Melendez
Creditor's Name

**1210 San Juan Dr.**
**Roswell, NM 88201**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Date debt was incurred** 12/30/15

**Describe the property that secures the claim:**

**881 Pinzon Los Lunas, NM 87031**
**Valencia County**
**Leased to a tenant (Jamie Goldberg)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** _____

$115,000.00    $450,000.00    $115,000.00

---

### 2.8 Daniel & Rachel Melendrez
Creditor's Name

**1210 San Juan Dr.**
**Roswell, NM 88201**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the property that secures the claim:**

**881 Pinzon Los Lunas, NM 87031**
**Valencia County**
**Leased to a tenant (Jamie Goldberg)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit

$40,000.00    $450,000.00    $40,000.00

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 18-13232-t7    Doc 15    Filed 01/17/19    Entered 01/17/19 15:22:09 Page 13 of 16

| Debtor 1 | **Felix S Candelaria, Jr.** | | | Case number (if known) | **7-18-13232 TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Sarah Diana Candelaria** | | | | |
| | First Name | Middle Name | Last Name | | |

■ Check if this claim relates to a community debt

■ Other (including a right to offset) _____

**Date debt was incurred** 12-19-2014    **Last 4 digits of account number** _____

---

| 2.9 | **Eric or Desiree Smith** | Describe the property that secures the claim: | $445,059.44 | $476,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **5 Leibel Ct. Los Lunas, NM 87031 Valencia County** | | | |

**855 Saddleback Dr.**
**Pagosa Springs, CO**
**81147-7858**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 1-2018    **Last 4 digits of account number** 3022

---

| 2.10 | **Mr. Cooper** | Describe the property that secures the claim: | $414,472.50 | $450,000.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **881 Pinzon Los Lunas, NM 87031 Valencia County Leased to a tenant (Jamie Goldberg)** | | | |

**8950 Cypress Waters Blvd.**
**Coppell, TX 75019**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 10/15/2006    **Last 4 digits of account number** 8887

---

| 2.11 | **VNB Assets Corporation** | Describe the property that secures the claim: | $400,000.00 | $476,000.00 | $369,059.44 |
|---|---|---|---|---|---|
| | Creditor's Name | **5 Leibel Ct. Los Lunas, NM 87031 Valencia County** | | | |

**PO Box 2280**
**Espanola, NM 87532**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

---

| Debtor 1 | **Felix S Candelaria, Jr.** | | | Case number (if known) | **7-18-13232 TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Sarah Diana Candelaria** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ At least one of the debtors and another   ■ Judgment lien from a lawsuit
■ Check if this claim relates to a           ☐ Other (including a right to offset) _____
community debt

Date debt was incurred _____   Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,638,331.94 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,638,331.94 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Becket & Lee, LLP**
**16 General Warren Blvd.**
**Malvern, PA 19355**

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Chrysler Capital**
**Attn. Bankruptcy Dept.**
**PO Box 961278**
**Fort Worth, TX 76161-1278**

On which line in Part 1 did you enter the creditor? **2.3**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**CitiMortgage, Inc.**
**PO Box 6728**
**Sioux Falls, SD 57117-6728**

On which line in Part 1 did you enter the creditor? **2.4**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Cowboy Finance, LLC**
**PO Box 1618**
**Peralta, NM 87042**

On which line in Part 1 did you enter the creditor? **2.5**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**J. Kerwin Hollowwa**
**PO Box 1031**
**Albuquerque, NM 87103-1031**

On which line in Part 1 did you enter the creditor? **2.11**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Nationstar Mortgage LLC**
**PO Box 619098**
**Dallas, TX 75261-9741**

On which line in Part 1 did you enter the creditor? **2.10**
Last 4 digits of account number ___

☐ Name, Number, Street, City, State & Zip Code
**Security Escrow**
**344 Luna Ave. SE**
**Los Lunas, NM 87031**

On which line in Part 1 did you enter the creditor? **2.9**
Last 4 digits of account number ___

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 5 of 6
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy
Case 18-13232-t7      Doc 15      Filed 01/17/19      Entered 01/17/19 15:22:09 Page 15 of 16

| Debtor 1 | **Felix S Candelaria, Jr.** | | | Case number (if known) | **7-18-13232 TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Sarah Diana Candelaria** | | | | |
| | First Name | Middle Name | Last Name | | |

| | Name, Number, Street, City, State & Zip Code<br>**Select Portfolio Servicing, Inc.**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165-0250** | On which line in Part 1 did you enter the creditor? **2.4**<br><br>Last 4 digits of account number ___ |
|---|---|---|
| | Name, Number, Street, City, State & Zip Code<br>**Shellpoint Mortgage Servicing**<br>**PO Box 10826**<br>**Greenville, SC 29603-0826** | On which line in Part 1 did you enter the creditor? **2.10**<br><br>Last 4 digits of account number **0379** |
| | Name, Number, Street, City, State & Zip Code<br>**Sunwest Trust, Inc.**<br>**PO Box 36371**<br>**Albuquerque, NM 87176-6371** | On which line in Part 1 did you enter the creditor? **2.2**<br><br>Last 4 digits of account number ___ |
| | Name, Number, Street, City, State & Zip Code<br>**VNB Assets Corporation**<br>**1227 N. Railroad Ave.**<br>**Suite C-6**<br>**Espanola, NM 87532** | On which line in Part 1 did you enter the creditor? **2.11**<br><br>Last 4 digits of account number ___ |