UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

FELIX CANDELARIA and SARAH CANDELARIA,

Debtors                                                  Case No. 7-18-13232 TA

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

We declare under penalty of perjury that the information provided in the documents filed concurrently with this unsworn declaration and listed here:

Amended Schedule E/F
Amended Summary of Assets and Liabilities

is true and correct.

_____
Felix Candelaria

Date: 1-23-19

_____
Sarah Candelaria

NM LF 16
Page 1 of 1