UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

FELIX CANDELARIA and SARAH CANDELARIA,

Debtors                                          Case No. 7-18-13232 TA

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

We declare under penalty of perjury that the information provided in the documents filed concurrently with this unsworn declaration and listed here:

Amended Schedule A/B
Amended Summary of Assets and Liabilities

is true and correct.

_____          _____
Felix Candelaria                               Sarah Candelaria
Date: 4/18/19