UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

FELIX CANDELARIA and SARAH CANDELARIA,

    Debtors                                        Case No. 7-18-13232 TA

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

We declare under penalty of perjury that the information provided in the documents filed concurrently with this unsworn declaration and listed here:

Amended Statement of Financial Affairs

is true and correct.

_____           _____
Felix Candelaria                                           Sarah Candelaria
Date: 4/18/19