Pete V. Domenici U.S. Courthouse  
333 Lomas Blvd. NW, Suite 360  
Albuquerque, NM 87102  
505–415–7999/866–291–6805  
www.nmb.uscourts.gov

Case No.: 18−13232−t7  
Chapter: 7  
Judge: David T. Thuma  
Judge/341 Location: TA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Felix S Candelaria Jr.  
PO Box 1195  
Los Lunas, NM 87031  
SSN/ITIN(if any): xxx−xx−3852

Sarah Diana Candelaria  
PO Box 1195  
Los Lunas, NM 87031  
SSN/ITIN(if any): xxx−xx−0410

## NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

The initial notice to creditors in this case stated there was no need to file a proof of claim because it did not appear that there would be assets available for creditors. The trustee has since notified the Court that there may be assets from which a distribution may be paid.

Creditors who wish to receive a distribution in this case must file a proof of claim with the Clerk of the Bankruptcy Court. The deadline[1] to file a proof of claim is:

> Date: August 12, 2019

Creditors who do not file a proof of claim on or before this date might not share in any distribution in this case.

There is no fee for filing a proof of claim. Claims may be filed electronically through the Bankruptcy Court's electronic Proof of Claims (ePOC) program, accessible from the Bankruptcy Court's website: www.nmb.uscourts.gov/claims−e−filing. Alternatively, proofs of claim may be filed by mail or in person. If mailed, the proof of claim must be *received* by the Clerk of the Bankruptcy Court by the deadline. A proof of claim form (Official Form 410) can be obtained at www.uscourts.gov/forms/bankruptcy−forms/proof−claim−0 or from any bankruptcy clerk's office. Creditors who have already filed a proof of claim need not file another one.

Court Address:  
Mail or hand deliver to:  
Pete V. Domenici U.S. Courthouse  
333 Lomas Blvd. NW, Suite 360  
Albuquerque, NM 87102

Lana Merewether  
Clerk of Court

---

[1] The deadline for governmental units to file a proof of claim may be later than the deadline in this notice. *See* Fed. R. Bankr. P. 3002(c)(1).

nm_ntcpossdvd133.jsp − 5/7/19