UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

FELIX CANDELARIA and SARAH CANDELARIA,

<u>Debtors</u>  Case No. 7-18-13232 TA

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

We declare under penalty of perjury that the information provided in the documents filed concurrently with this unsworn declaration and listed here:

Amended Schedule A/B
Amended Summary of Assets and Liabilities

is true and correct.

_____  _____
Felix Candelaria  Sarah Candelaria

Date: 5-7-19